UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HEITNER and
SARAH HEITNER CORNELL,
as Co-Personal Representatives of
the Estate of Kathleen Heitner, deceased;
CHRISTOPHER HEITNER, individually
and as Guardian and Natural Parent of
Brent Heitner, a minor; STEPHANIE
HEITNER, individually and as
Guardian and Natural Parent of Jordan
Reiner; SARAH HEITNER CORNELL,
individually and as Guardian and Natural
Parent of Zakery Cornell and Krystal
Cornell; and DAVID CORNELL,

       Plaintiffs,

v.                                                                                         Case No.  8:07-cv-1278-T-24-EAJ

FORD MOTOR CORPORATION,

       Defendant.
_____/

**<u>ORDER</u>**

       This cause comes before the Court on the parties' Joint Motion to Correct Misnomer (Doc. No. 14).  Plaintiffs Christopher Heitner, et al., and Defendant Ford Motor Corporation have jointly moved for the correction of misnomer, substituting the name of Defendant Ford Motor Company for Defendant Ford Motor Corporation.  Accordingly, it is ORDERED AND ADJUDGED that Ford Motor Company be substituted from this point forward for Defendant Ford Motor Corporation and that the caption of the action is amended accordingly.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of August, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record