UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HEITNER and SARAH
HEITNER CORNELL, as Co-Personal
Representatives of the Estates of Kathleen
Heitner, deceased; CHRISTOPHER HEITNER,
individually and as Guardian and natural
parent of Brent Heitner, a minor; STEPHANIE
HEITNER, individually and as Guardian and
natural parent of Zakery Cornell and Krystal
Cornell; and DAVID CORNELL,

        Plaintiffs,

v.                    Case No. 8:07-cv-1278-T-24-EAJ

FORD MOTOR CORPORATION,

        Defendant.

_____/

## **ORDER**

This cause comes before the Court on three separate Petitions for Order Approving Attorney's Fee Contract. (Doc. Nos. S-1, S-2, and S-3.) Each petition was filed with this Court under seal, pursuant to this Court's Order on December 28, 2007. (Doc. No. 35.) Pursuant to 28 U.S.C. § 636(b)(1)(A), the petitions are hereby **REFERRED** to the Honorable Elizabeth A. Jenkins for appropriate disposition.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of January, 2008.

Copies to:
Counsel of Record
The Honorable Elizabeth A. Jenkins

SUSAN C. BUCKLEW
United States District Judge