UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HEITNER and SARAH
HEITNER CORNELL, as Co-Personal
Representatives of the Estates of Kathleen
Heitner, deceased; CHRISTOPHER HEITNER,
individually and as Guardian and natural
parent of Brent Heitner, a minor; STEPHANIE
HEITNER, individually and as Guardian and
natural parent of Zakery Cornell and Krystal
Cornell; and DAVID CORNELL,

       Plaintiffs,

v.                                                                      Case No. 8:07-cv-1278-T-24-EAJ

FORD MOTOR CORPORATION,

       Defendant.

_____/

## ORDER

       This cause comes before the Court on Plaintiffs' Motion to File Documents Under Seal and For Approval of Settlement (Doc. No. 42). In their motion, Plaintiffs request that this Court enter an order permitting them to file the settlement documents under seal and approve the settlement. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** to the extent that Plaintiffs are permitted to file the settlement documents under seal. The Clerk is directed to seal the above listed document, which shall remain under seal until further order of the Court. Plaintiffs are directed to file a separate motion for approval of the settlement once the settlement documents have been filed under seal.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of April, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge